Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 85 C 7979 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Laurie Connolly vs. J.T. Ventures, et al | | |

**DOCKET ENTRY TEXT**

On 8/31/87, the court granted the defendant's motion to dispose of sweatshirts filed as exhibits with the Clerk of the Court, by donating them to charity. As of 8/26/08, the sweatshirts remain with the Clerk of the Court. Pursuant to LR79.1(c)(2), exhibit deposited with the clerk shall be removed by the party responsible for them. The defendants in this case are given to 10/3/08 to remove the exhibits (sweatshirts) . Parties are to contact the Clerk of Court with respect to instructions on how to retrieve said sweatshirts. The Clerk of Court is given authority to destroy these sweatshirts in his possession if they are not retrieved by the close of business 10/3/08.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | GL |